```
 1  JEFF S. WESTERMAN (SBN 94559)
    jwesterman@milberg.com
 2  DAVID E. AZAR (SBN 218319)
    dazar@milberg.com
 3  MILBERG LLP
    One California Plaza
 4  300 South Grand Avenue, Suite 3900
    Los Angeles, CA 90071
 5  Telephone: (213) 617-1200
    Facsimile:  (213) 617-1975
 6
                                                      JS-6
 7  ELIZABETH METCALF
    emetcalf@milberg.com
 8  MILBERG LLP
    One Pennsylvania Plaza, 49th floor
 9  New York, NY  10119
    Telephone: (212) 594-5300
10  Facsimile:  (212) 868-1229

11  Counsel for Robert Thumith and
    [Proposed] Lead Counsel
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT THUMITH, an individual, on behalf of himself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PUDA COAL INC., MING ZHAO, LIPING ZHU, and QIONG WU,<br><br>Defendants. | Case No.: 2:11-cv-04835-JHN (JCx)<br><br>**CLASS ACTION**<br>**ORDER ON**<br>JOINT STIPULATION TRANSFERRING CASE TO SOUTHERN DISTRICT OF NEW YORK |

Beginning on April 14, 2011, class actions were filed in the United States District Court for the Southern District of New York and in the United States District Court for the Central District of California, on behalf of persons who acquired Puda Coal Inc. ("Puda") securities, against Puda and certain of its officers. To date, three related class actions have been filed in the Central District of California[1] and eight related class actions were filed in the Southern District of New York.[2]

On June 13, 2011, nine motions for consolidation of related actions, appointment of lead plaintiff, and approval of lead counsel were filed in New York, and seven of these same movants filed similar motions in this Court — memoranda in opposition were filed on June 30 and replies were filed on July 11.

On June 23, 2011, counsel for the lead plaintiff movants filed a Joint Stipulation in the Central District of California regarding the briefing schedule on the motions for consolidation, appointment of lead plaintiff, and approval of selection of counsel, in part to allow the movants and parties additional time to confer and resolve by agreement the issue of whether the related actions should proceed in the Central District of California or the Southern District of New York;

The stipulation was so ordered on June 24, 2011.

On June 24, 2011, Plaintiff Salvador LaDuca, who filed an action in the Southern District of New York, filed a Motion to Transfer before the Judicial Panel

---

[1] The three related actions filed in the Central District of California are: *Lin v. Puda Coal, Inc.*, No. 11-cv-03177 (C.D. Cal filed Apr. 14, 2011); *Burquist v. Puda Coal. Inc.*, No. 11-cv-03412 (C.D. Cal filed Apr. 21, 2011); and *Thumith v. Puda Coal, Inc.*, No. 11-cv-4835 (C.D. Cal. filed June 7, 2011).

[2] The eight related actions filed in the Southern District of New York are: *Korach v. Puda Coal, Inc.*, No. 1:11-cv-2666 (S.D.N.Y. filed Apr. 14, 2011); *Goldstein v. Puda Coal, Inc.*, No. 1:11-cv-2598 (S.D.N.Y. filed Apr. 15, 2011); *Tallant v. Puda Coal, Inc.*, No. 1:11-cv-2608 (S.D.N.Y. filed Apr. 15, 2011); *Weissmann v. Puda Coal*, Inc., No. 1:11-cv-2609 (S.D.N.Y. filed Apr. 15, 2011); *Alexander v. Zhao*, No. 1:11-cv-2657 (S.D.N.Y. filed Apr. 19, 2011) *Rosenberger v. Puda Coal, Inc.*, No. 1:11-cv-2660 (S.D.N.Y. filed Apr. 19, 2011); *Kendall v. Puda Coal, Inc.*, No. 1:11-cv-2695 (S.D.N.Y. filed Apr. 20, 2011); *LaDuca v. Puda Coal, Inc.*, No. 1:11-cv-4266 (S.D.N.Y. filed June 23, 2011).

---

1

JOINT STIPULATION TRANSFERRING CASE TO SOUTHERN DISTRICT OF NEW YORK

on Multidistrict Litigation ("JPML") seeking consolidation of all eleven actions and the transfer of the three actions pending in this Court to the Southern District of New York for pretrial purposes.

The hearing on the JPML Motion to Transfer has not been scheduled and will take place at the earliest on September 27, 2011.

In light of the above facts, and in the interest of promoting efficient prosecution of the litigation, the undersigned counsel have conferred and agreed to transfer the above-captioned action to the Southern District of New York.

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the undersigned counsel that:

The above-captioned action is transferred to the Southern District of New York, where similar actions are pending before the Honorable Barbara S. Jones.

DATED: July 25, 2011                **MILBERG LLP**


*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

DAVID E. AZAR
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
dazar@milberg.com

MILBERG LLP
ELIZABETH METCALF
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: emetcalf@milberg.com

**Counsel to Plaintiff Robert Thumith**

SIDLEY AUSTIN LLP

/s/ Sara B. Brody
Sara B. Brody

Cecilia Chan
555 California Street
San Francisco, California 94104
Telephone: (415) 772.1200
Facsimile: (415) 772.7400
Email: sara.brody@sidley.com
cecilia.chan@sidley.com

**Attorneys for Defendant Puda Coal, Inc.**

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: JUL 2 6 2011

United States District Judge Jacqueline H. Nguyen